DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Harrell v. Bowen<br><br>Case below:<br>179 N.C. App. 857 | No. 587P06 | Plt's PDR Under N.C.G.S. 7A-31<br>(COA06-256) | Allowed<br>05/03/07 |
| Hayes v. Macias<br><br>Case below:<br>180 N.C. App. 475 | No. 632A06 | Plt's NOA Based Upon a<br>Constitutional Question (COA06-131) | Dismissed<br>*Ex Mero<br>Motu*<br>03/08/07<br><br>**Hudson, J.,<br>Recused** |
| Hollin v.<br>Johnston Cty.<br>Council On Aging<br><br>Case below:<br>181 N.C. App. 77 | No. 079P07 | Defs' Motion for Temporary Stay<br>(COA06-310) | Allowed<br>02/08/07<br><br>**Hudson, J.,<br>Recused** |
| In re A.A.W.<br><br>Case below:<br>180 N.C. App. 690 | No. 029P07 | Respondent's (Mother) PDR Under<br>N.C.G.S. 7A-31 (COA06-550) | Denied<br>05/03/07 |
| Baldwin v. Wilkie<br><br>Case below:<br>179 N.C. App. 567 | No. 562P06 | Def's (Jason Wilkie) PDR Under<br>N.C.G.S. 7A-31 (COA05-1503) | Denied<br>05/03/07<br><br>**Hudson, J.,<br>Recused** |
| In re C.S. &<br>C.A.S.<br><br>Case below:<br>177 N.C. App. 810 | 367P06 | Respondent's (Stanley S.) PDR Under<br>N.C.G.S. § 7A-31 (COA05-1362) | Denied<br>03/08/07 |
| In re J.J., T-a.J.,<br>T-e.J.<br><br>Case below:<br>180 N.C. App. 606 | No. 015A07 | 1.  Respondent's (Mother) PWC to<br>Review Decision of COA<br>(COA05-1510)<br><br>2.  Respondent's (Mother) second<br>PWC to Review Decision of COA | 1. Allowed<br>05/03/07<br><br>2. Allowed<br>05/03/07<br><br>**Hudson, J.,<br>Recused** |